CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorney for Plaintiff

CATHERINE M. CORFEE (SBN: 155064)
corfee.catherine@gmail.com
corfee.assistant@gmail.com
CORFEE STONE LAW CORPORATION
P.O. Box 1098,
Carmichael, CA 95609
Telephone: (916) 487-5441;
Facsimile: (916) 487-5440
Attorneys for Defendant
Myles M. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>   V.<br><br>MYLES M. LLC, a California Limited Liability Company<br><br>        Defendant. | Case No.: 3:21-cv-07508-WHA<br><br>JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each **party to bear his/her/its own attorneys' fees and costs.** This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 1, 2022                CENTER FOR DISABILITY ACCESS

                                     By:/s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff

Dated: August 1, 2022                CORFEE STONE LAW
                                     CORPORATION

                                     By:/s/Catherine M. Corfee
                                     Catherine M. Corfee, Esq.
                                     Attorneys for Defendant Myles M. LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Catherine M. Corfee, counsel for Myles M. LLC, a California Limited Liability Company and that I have obtained Ms. Corfee's authorization to affix her electronic signature to this document.

Dated: August 1, 2022            CENTER FOR DISABILITY ACCESS

                                 By:/s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
                                 Attorneys for Plaintiff